## ORDER

PER CURIAM

**AND NOW**, this 1st day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

Harold PENNINGTON and
Nancy Pennington

v.

UNITED STATES STEEL CORPORA-
TION, CRC Industries, Inc., Sunoco,
Inc. (R & M) f/k/a Sun Company Inc.,
Genuine Parts Company d/b/a NAPA,
Berryman Products, Inc., Safety–
Kleen Systems, Inc., Shell Oil Compa-
ny, Univar USA, Inc., f/k/a Chemcen-
tral Corp., and Van Waters Rodgers,
Inc., Ashland, Inc., Exxon Mobil Cor-
poration, Radiator Specialty Compa-
ny, Hunt Oil Company, Hunt Refining
Company, Chevron USA, Inc., individ-
ually and as successor-in-interest to
Gulf Oil Company, Union Oil Compa-
ny of California d/b/a Unocal, individ-
ually and as successor in interest to
American Mineral Spirits Company,
Ford Motor Company, 3M Company

Petition of: Hunt Refining Company

No. 59 EAL 2017

Supreme Court of Pennsylvania.

August 1, 2017

## ORDER

PER CURIAM

**AND NOW**, this 1st day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

It is further ordered that the Application for Stay is **DENIED**.

Robert W. HILL, Petitioner

v.

UNEMPLOYMENT COMPENSATION
BOARD OF REVIEW

No. 75 EM 2017

Supreme Court of Pennsylvania.

August 1, 2017

## ORDER

PER CURIAM

**AND NOW**, this 1st day of August, 2017, the "Petition for Allowance of Appeal *Nunc Pro Tunc*" is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Carvel RICE, Petitioner

No. 94 EAL 2017

Supreme Court of Pennsylvania.

August 1, 2017